# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT
# CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET

**DATE:** July 25, 2014

**RE:** 13-1251  Reggie White, et al v. National Football League, et al

**TO:** Richard Sletten

**FROM:** James J. Foster

Enclosed are the following records for return to your office:

| | |
|---|---|
| Original file: | Transcript: 3 vols. |
| Deposition: | Sealed: |
| Exhibits: | |
| Other: | |
| [x] Case closed | [ ] Counsel appointed |
| [ ] Per your request | [ ] Return to this office |

Enclosure(s)

District Court/Agency Case Number(s):  4:92-cv-00906-DSD

JJF